# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**CASCADIA WILDLANDS PROJECT**, et al          Civil No. 05-0076-JE

Plaintiffs,

v.          **ORDER GRANTING TEMPORARY RESTRAINING ORDER**

**UNITED STATES FOREST SERVICE**, et al.

Defendants.
_____

      The United States Forest Service is temporarily restrained from conducting or authorizing any third-party to conduct any ground disturbing activities, including, but not limited to, harvesting any trees, road reconstruction and road renovation described in the July 2, 2004, Eyerly Fire Salvage Project Final Environmental Impact Statement and Record of Decision until August 15, 2005 pursuant to the Court's oral ruling of July 29, 2005.

      The Court holds that the plaintiffs have raised serious questions and that the potential for serious and irreparable harm to plaintiffs' interests from logging in the post-fire environment outweighs the need to proceed with this salvage logging project before the Court rules on plaintiffs' Objections to the Findings & Recommendations of the Honorable Judge John Jelderks.

The Forest Service shall submit its response to plaintiffs' Objections to the Findings & Recommendation of the Honorable Judge John Jelderks by August 8, 2005.

DATED this __3rd__ day of August, 2005.

          /s/ Garr M. King
GARR M. KING
United States District Judge